# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Annette N. Sandoval | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Annette N. Sandoval on 8/7/08.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|