UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **08 CR    627** |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | JEFFREY COLE |
| ANNETTE N. SANDOVAL | ) | |
| | ) | **UNDER SEAL** |

**GOVERNMENT'S MOTION TO SEAL ARREST WARRANT,
INSTANT MOTION, AND ORDER THEREON**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, and states as follows in support of the

instant motion:

The above-referenced documents reference testimony from a variety of individuals,

including certain witnesses who are cooperating with the Government. The investigation in this

case is ongoing, and the defendant is not in custody. If the information contained in the above-

referenced documents were disclosed at this time, the investigation, the execution of the Search

Warrant, and the apprehension of the defendant on the charges set forth in the Complaint and the

Arrest Warrant would be jeopardized by the threat of destruction of evidence and witness

tampering. Moreover, the disclosure of such information could jeopardize the covert, ongoing

nature of the investigation connected to the premises described above. As such, the Government

moves to seal the above-referenced documents, this motion, and this order for thirty days or until

further order of the court, whichever comes first.



FILED

AUG 0 7 2008 TC

August 7, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

For the foregoing reasons, the government respectfully requests that the instant motion be granted.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:

CHRISTOPHER R. MCFADDEN
Assistant United States Attorney
219 S. Dearborn Street 5th Floor
Chicago, IL 60604
(312) 353-1931