## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Annette N. Sandoval | | |

**DOCKET ENTRY TEXT**

Government's motion to seal arrest warrant, instant motion, and order thereon is granted. Enter Order sealing the arrest warrant, as well as the motion to seal, and this ordered for thirty days, or until further order of the Court, whichever occurs first.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | CDH |
|---|---|---|