UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **08 CR 627** |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jeffrey Cole |
| ANNETTE N. SANDOVAL | ) | |
| | ) | **UNDER SEAL** |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, and its accompanying Affidavit, the Arrest Warrant, the Search Warrant and its accompanying Affidavit, as well as the Motion to Seal and this Order, as well as the Motion to Seal and this Order, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the Arrest Warrant, as well as the Motion to Seal, and this Order be sealed for thirty days, or until further order of the Court, whichever occurs first.

_____
Jeffrey Cole
U.S. Magistrate Judge

DATE: August 7, 2008.