## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. Annette N. Sandoval | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|