# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627 - 1 | **DATE** | 8/12/08 |
| **CASE TITLE** | USA vs. Annette Sandoval | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 8/12/08. Government's oral motion for defendant Sandoval to remain in custody pending the continued detention hearing and preliminary examination set for 8/22/08 at 10:00 a.m. before Magistrate Judge Mason is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|