## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627 - 1 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Annette N Sandoval | | |

**DOCKET ENTRY TEXT**

Detention hearing set for 8/22/08 is stricken. By agreement of the parties, defendant is detained without prejudice. Defendant waives her right to a preliminary examination. Order defendant bound to the District Court for futher proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|