UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 627 |
| | ) | | 07 GJ 742 |
| v. | ) | | |
| | ) | | |
| ANNETTE N. SANDOVAL | ) | | Chief Judge James F. Holderman |

## NOTICE OF FILING

**TO:   LINDA AMDUR, Esq.**
**amdurl@aol.com**

Please take notice that I filed with Chief Judge James F. Holderman the attached Government's First Agreed Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served upon you.

Very truly yours,

PATRICK J. FITZGERALD

/s/ Christopher R. McFadden

CHRISTOPHER R. MCFADDEN
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, IL  60604
(312) 353-1931