# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 627 | **DATE** | 8/29/2008 |
| **CASE TITLE** | USA vs. SANDOVAL | | |

**DOCKET ENTRY TEXT**

**MOTION** by USA for extension of time as to Annette N Sandoval to Indict (Agreed Motion) [12] is granted to and including 9/25/08.   In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(A) & (B).  (X-T)

■ [ For further detail see separate order(s).]          Notified counsel by telephone.

| | Courtroom Deputy Initials: | CG |
|---|---|---|